**Jessie B. HAYES, Plaintiff–Appellant,**

v.

**William J. HENDERSON, Postmaster General, U.S. Postal Service, Defendant–Appellee.**

No. 00–2281.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 22, 2001.

Decided Feb. 27, 2001.

Jessie B. Hayes, pro se. Joseph Parkwood Griffith, Jr., Office of the United States Attorney, Charleston, SC, for appellee.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Jessie B. Hayes appeals the district court's order dismissing her employment discrimination action. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Hayes v. Henderson,* No. CA–99–3522–2–18 (D.S.C. Aug. 30, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*